No. 2090. Silva, Apelada, v. Sucesión de M. Puro, Apelantes.—Filiación. San Juan, Sección 2ª.

No. 2096. Oronoz, Apelado, v. Montalvo, Apelante.—Desahucio en precario. Aguadilla.

No. 2098. M. Barceló & Co., Apelado, v. Navarro et al., Apelantes.—Nulidad de escrituras. Arecibo.

No. 2100. Ferrer, Apelado, v. Ramírez, Apelante.—Desahucio. Mayagüez. Noviembre 6, 1919. *Desestimadas las apelaciones.*

No. 266. Alemán, Peticionaria, v. Texidor, Juez de Distrito, Demandado.—*Certiorari.* Noviembre 10, 1919. *Denegado.*

No. 1415. El Pueblo, Apelado, v. Vincenty, Apelante.—Infracción de la Ley de Rentas Internas. Mayagüez. Noviembre 11, 1919. *Confirmada, pero modificando la pena para que no exceda de noventa días.*

No. 2014. Robledo, Apelado, v. Vizcarrondo, Apelante.—Cobro de dinero. Noviembre 13, 1919. San Juan, Sección 2ª. *Desistida.*

No. 2127. Negrón, Apelada, v. Maldonado, Apelante.—Cobro de pesos. Guayama. Noviembre 13, 1919. *Desestimada.*

No. 263. Martínez, Peticionario, v. Crosas, Juez de Distrito, Demandado.—*Certiorari.* Noviembre 14, 1919. *Denegado.*

No. 1422. El Pueblo, Apelado, v. Serrano, Apelante.—Delito contra la salud pública. Arecibo. Noviembre 14, 1919. *Confirmada.*

No. 1423. El Pueblo, Apelado, v. Cosme, Apelante.—Acometimiento y agresión grave. Arecibo. Noviembre 17, 1919. *Confirmada.*

No. 1411. El Pueblo, v. Vélez Rodríguez et al.—Adulterio. Aguadilla. Noviembre 17, 1919. *Confirmada pero modificada en cuanto a la pena, fijándola en $300 de multa al Vélez y $100 a A. Nieves y a falta de pago de la multa, un día de prisión por cada dólar que dejaren de satisfacer.*